

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | |
|---|---|
| *CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE* | *856.757.5026* |
| *401 Market Street, 4th Floor* | *Fax: 856.968.4917* |
| *Post Office Box 2098* | *Direct Dial: 856/757-5121* |
| *Camden NJ 08102* | |

January 8, 2026

Via Email (criminalinfo@njd.uscourts.gov)

Melissa E. Rhoads, Esq.
Clerk of the Court
United States District Court
Mitchell H. Cohen Federal Courthouse
Camden, New Jersey 08101

ATTN: Marcy Plye, Deputy Clerk

      RE:  Request for Case Assignment – <u>United States v. Dmitry Poyarkov</u>

Dear Ms. Plye:

    Enclosed for assignment is an Information charging defendant Dmitry Poyarkov with two counts of wire fraud, in violation of 18 U.S.C. § 1343.  Copies of the Clerk's sheet and Information are enclosed.

    Thank you for your attention to this matter.

                        Very truly yours,

                        TODD BLANCHE
                        United States Deputy Attorney General

                        PHILIP LAMPARELLO
                        Senior Counsel

                        */s/Jeffrey B. Bender*
            By:   JEFFREY B. BENDER
                  Assistant U.S. Attorney

Enclosures